CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Alonzo L. Bradley
**PLAINTIFF**

102 W. Mill St ~~Copac au3~~
**Address (No Post Office Boxes)**

Copac     MI     48014
**City**     **State**     **Zip Code**

VS.

Sgt. Carlo Delca, Mich. Dept. Of State
**DEFENDANT** Mich. Dept. Of State
72nd Dist. Court 201 McMorran Blvd Rm 1200 Prt. Hwon MI.
Copac Pol. Dept. 103 E. Church St. Copac, MI. 48014 48068
**Address (No Post Office Boxes)**

Copac & Prt Hwon MI. 48014/48068
**City**     **State**     **Zip Code**

Case: 1:23-cv-02907 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 9/27/2023
Description: Pro Se Gen. Civ. (F-DECK)

CIVIL ACTION NO. _____

Jury Trial: ☐ Yes ☒ No

## COMPLAINT

R.T.C.O. Act. violations have been committed resulting in illegal tow And theft to my 2006 NISSAN Maxima Sedan SE. scheduled to be illegally auctioned off on or about 9/29/2023 By Expert towing located in Emmit, MI. Out of retaliation & complete cooperation with Washington States initial commission of these acts. That also include several other states such as CHIcago, Montana, South Dakota, Michigan & several other cities in Michigan. Come to find out i also illegally have been bound into illegal depts. from (2) Major Hospitals McClaren & Pontiac located in Michigan. Over Sgt. Carlo Delcas' illegal referal to McClaren & an illegal internal Referal from ~~Beaumont~~ Medical after having an attempted murder carried out on me. As i was poisoned by spider placed in my boot.

**RECEIVED**

SEP 2 7 2023

Clerk, U.S. District and
Bankruptcy Courts

Alonzo L. Bradley
Original Signature (in pen)

Not a prisoner
Name (if applicable, Prisoner ID No.)

Not in a facility
Address or Facility Address

_____
City     State     Zip Code

Rev: 01/10/2023
*Use additional pages as needed

These series of illegal acts have been continuously carried out for the last (96) months in consistency with illegal incarceration as another means to eliminate any form of overdue retribution on my behalf. As most recently as an illegal warrant being issued around Dec. of 2022 out of Washington state in means to again detour my equal protection of law. Triggering Carlo, Delca to begin to continuously harass me until I became a victim of (Larceny) or car damages & stolen tools & property from my vehicle. And due to the illegal warrant triggering Carlo, Delca refusing to arrest on my behalf. When they knew who broke into my car aided & abated by law enforcement designed to intimidate me & to run me out of town. There are videos that may still be available showing all that occurred & was said to me. As a stay of Judgement is immediately needed to hault the illegal auctioning of my 2006 Nissan maxima S.E sedan. Being illegally held at Expert towing located in Emmett, Michigan or 8904 Lapeer Rd. Kenockee, MI, 48006 (810)384-6041, The owner is named Mitch. This illegal auctioning is supposed to take place on 9-29-2023 or 9-27-2023. The actions were all passed around to several professional companies that include Welsfargo Bank, places of my employment, law enforcement, the courts within the area mainly the (72nd District Court) & Roofers Union Contracted companies in Detroits Local 149 Roofers Union, My numerous Car Insurance Companies, Life insurance Company (Liberty Mutual), NAACP & U.S. Justice Departments on both Coasts East & west even the Aclu. And the reporting agencies that were supposed to regulate these agencies & law enforcement themselves. Most Importantly the Michigan Insurance Fraud Reporting Agency.

Who knew to immediately deny me at the (DIFS) Company her name is Candace, Sherwood and all of her supervisors & any colleagues from her office made it a point to stand on their illegal participation to refuse me retribution for the damages caused. Designed to remove my car insurance by Attrition by direct definition please see dictionary definition or siri iphone definition of the word Attrition. So that i would be gradually worn down to unrecoverable poverty or away from my children leaving them stuck without a stable parent to guide them righteously. In direct ~~Involvement~~ of their actions to eliminate my natural parental rights by getting me ~~off~~ the road in removing my franchisement to be legal on the road, legal in general existence & legally protected equally as a legitimate citizen. This ~~opened~~ opportunities for others to add their parts to simultaneously entrap me into a corner or carpool parkinglot in numerous areas. Including the last area my car was located which was the Capac MI. carpool parking area. So after the Larceny of my vehicle on Feb. 8th 2023 sgt. Carlo De led decided to completely get rid of me by deciding to illegally refuse to allow me to park my car outside of the police dept. Which was his convicting statement he used to illegally tow my vehicle for me seeking justice & from filing the complaints detailing excessive refusals to arrest on my behalf when open crimes were being committed against me. Like the incident of Larceny having someone return to completely Steal my car. As they broke the window on the coldest day of the week so i wouldn't be in it. And would return to no car after the sun came up Feb 8th 2023.

So in order to save my vehicle & myself as they had several law enforcement agencies respond dust to deny me Justice actually participating in the coverup to the crimes committed on camera audio & video. Refusing to accept my statements of who i knew committed the crimes against me. Nor grant me a real investigation on my behalf regardless of having endless evidence clarifying who done it, why & as to now. The (FBI) also have denied me protection along with the (CFPB) or Consumer Financial Protection Bureau. All they've done is collect a record of it. While leaving me in near death circumstances R.I.C.O.'d beyond tolerable. As when Carlo, Delca decided to take me in to McClaren under a false psychiatric hold. When it was to create me a medical debt illegally while getting rid of my car & anything i owned in it in their entirety no matter how personal the items or information. As his motivation was that they knew i had a non-extraditable warrant out of Lynnwood, wa. That was recently quashed yet brought about in the same illegal manner. R.I.C.O. Act with me being the actual victim. Carlo has been known to drive past me asking me if i want a ride back to town in the back of his police cruiser. Prompting me to ask him & the dispatch when i had to call them numerous times. Of do i have a warrant. Or is there a problem because i'm being refused decent respect.

They all would say NO when absolutely lying about that. So i found out (2 months ago) after being racially attacked in a restaurant called pot belly in Bothell, wa. My cars have current insurance Gieco Insurance & is now trapped by an illegal excessive tow bill over $600⁰⁰ over R.I.C.O. Act or the blatant detourance of Justice. As how do yo go over 2 yrs. reporting conspired fraud & racketeering & extortion without (1) real investigation that reflects even on my insurance records? I've been awarded very little by the EEOC of Michigan 2 times & left for dead on the rest. I'd like ~~Damages~~ in damages as my actual losses easily exceed $72,000,000.00 $50,000,000.00

My former insurance Companies have been directly involved even on recording. As the Court will find out that i've Circulated round $ round between the same (5) insurance Companies who are Progressive, Gieco, Farmers, Statefarm $ Allstate. Who have each allowed some special opperants to complete Insurance fraud corruptly to illegally remove me from my Car $ home insurance Protections. While causing me a great deal of financial losses exceeding millions in easy earning potential. This includes F.I.N.R.A agency who helped me recover some of my finances from Welsfargo Bank as i've had Chase, Key Bank Penninsule Credit Union, Qualstar Credit union, Choice One Bank $ some check cashing payday Loan Companies who participated in numerous ways with the Culprits mentioned to blackmail me as well $ illegally. Cause me losses $ account closures based off of the same root of reasonings. Local 54 Seattle area Roofes Union have participated as well. Lastly, Franklin Tempeton Investments has also delegated themselves to actually participate by refusing to deposit my share earnings indirect Cooperation with law enforcement. Carlo, Delca to detour any possible pattern of financial gain on my behalf. That would allow me to pay the illegal tow bill. As Carlo knew that the 72nd District Court requires one to pay the Court or tow Company the tow bill no matter how illegal. While the victim such as myself requests a hearing with the chance still being present of being denied the return of my Property if the court decides to illegally cover up for the law enforcements deliberate negligence or crime committed against a citizen. The way they have it set up is unconstitutional. And i was actually illegally admitted to McClaren psychiatric ward as a means to punish me for having an illegal out of state warrant non-extraditable,

Page # 6 of 7

as well as to severely slander me, degrade me, dehumanize me & to extort me into hopefully feeling powerless. As if justice doesn't exists for me nor would be used on my behalf. As i was illegally detained on the 3rd floor of McCleren Hospital in Port Hturon MI. for an excessive amount of days. as a means to create an excessive tow bill that i would not be able to pay once released. As i was recieving Un-employment after being R.I.C.O.D' out of my Job assignments through unfair work practices to render me financially Uneffective in any manner. As, i was also specifically sent to a corrupt warming shelter called All Nations Church and Men's warming shelter. As well as to run me out of town away from Capac, MI. They were supposed to finish the Job by corruptly misusing my personal information including my social security number. Which they said they require to run safety background checkes. As they specifically wait until dead winter when one will easily freeze to death to make it appear as though they're the last hope of refuge. As, the (IRS) done nothing other than allow my tax money to be awarded, once it was found that my Childs' mom illegally filed taxes fraudulizing my Childs' name to some other party to corruptly file an illegal tax return. That Occurred (Jan 8th of 2023) So within a months time, the larceny to my car was Committed while i was being stalled for insurance fraud relief since (Aug) sept. of 2022) when i began the process of filing my case with the (DIFS). As i was denied help from (H&R Block) who normally file my taxes from being allowed to proceed with thier agency to file my taxes. As it was indicated that someone had already filed taxes on my Child. To conclude, the insurance companies refused to cease the fraud i had been reporting even years back consistently to thier (I&I) units.

Page 7 of 7

So if Carlo, Delco wouldn't have towed my vehicle illegally by R.I.C.O, Black Mail & Extortion in the intent to detour justice on my behalf while humiliating me or degrading me. I would still have my 2006 Nissan Maxima & would still be (2) car insured, in which I am at the present. I'm currently back in washington State to pick up my second car that i had before the Nissan Maxima. That went through the same thing. I'm requesting that as many be brought to Justice as possible. And to be awarded $50,000,000.00 including punitive damages & special awadings. And that all collections be removed of any medical bill that was illegally created. As Carlo, Delco even went as far as to have me illegally recommitted to Mc Claren psychiatric ward. Under the same intentions as mentioned. By coming to my (Super 8) Hotel nm in Imlay City. MI. within an 8 mile distance from Capac, MI. He & the many culprits got me late on my Bills & Credit obligations without legal cause. Please order an immediate restoral of my accounts & return of my vehicle along with the monetary request. without any means for the Defendants to appeal.

respecifully,
Mr. Alonzo L. Bradley
Ms. Alonzo L. Bradley
9/24/2023